# Court of Appeals
# of the State of Georgia

ATLANTA, April 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0062. IN RE: THE ADOPTION OF A. B., A CHILD.**

Lola and A. J. Pierce ("Applicants") seek an emergency stay of a trial court order filed April 8, 2024, which entered an adoption in favor of Ronald and Patricia Bailey of the minor child, A. B. Although we acknowledge the seriousness of the entry of an adoption order, and the urgency of Applicants' appeal, our Court shall enter emergency orders only "as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Court of Appeals Rule 40 (b). Seeing no obstacles to jurisdiction, and no issue of mootness, Applicants' motion for emergency stay is hereby DENIED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 04/18/2024

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.